**Dr. Marco Bitetto**
**4 Fourth Avenue**
**Rensselaer, N.Y. 12144**
**(518)703-9171**
**drmbitetto@verizon.net**



27 August 2018

**AMAZON, Inc.**
**1200 12th Street South**
**1200 Suite**
**Seattle, WA 98144**
**ATTN.: Mr. Andrew Jessy**

1:18-cv-1050
(GLS/DJS)

**Dear Mr. Jessy;**

**I'm writing you with respect to your company not publishing my ebooks as per your contractual arrangement with me.**

**I have contacted you several times by email and have gotten the same response back that the ebooks are not being published because they are publicly available for free.**

Furthermore, your company continually sends me emails to confirm that I hold the rights to all my ebooks or they will leave my account blocked.
This activity is in violation of the Americans With Disabilities Act, Since I am blind.

I have informed your company multiple times by email That these ebooks are not publicly available for free and should be published by your company as per our contract.

Since, your company refuses to publish these two ebooks (Computer Hacker and Desert Sands), I am forced to bring you to court and sue you for $300 billion for disability discrimination.


*Marco Bitetto*

You Author,
Dr. Marco Bitetto

From: **Kindle Direct Publishing** kindlecontent-review@amazon.com
Subject: Alert from Amazon KDP for 3 Title(s)
Date: August 26, 2018 at 12:38 AM
To: drmbitetto@gmail.com



Hello,

Thank you for your interest in using KDP. We haven't received a reply to our previous message regarding the following book(s):

DESERT SANDS by Bitetto, Dr. Marco (AUTHOR); Bitetto, Dr. Marco (AUTHOR) (ID: 30794118)
COMPUTER HACKING by Bitetto, Dr. Marco (AUTHOR); Bitetto, Dr. Marco (AUTHOR) (ID: 30793342)
DESERT SANDS by Bitetto, Dr. Marco (AUTHOR); Bitetto, Dr. Marco (AUTHOR) (ID: 30794041)

Consequently, we've blocked the title(s) listed above from being sold on Amazon.

If you still wish to publish the book(s) listed above, review and address all requests outlined in our previous message by responding to us at kindlecontent-review@amazon.com.

It's important that you respond promptly to our messages and comply with our terms and conditions and Content Guidelines. Repeated submission of books that do not comply with our terms and conditions or Content Guidelines could lead to suspension or termination of your account. Alternatively, access to optional KDP services may be revoked.

If you have any questions regarding the review process, you can write to us at kindlecontent-review@amazon.com. To contact us about a different issue, please visit: https://kdp.amazon.com/self-publishing/contact-us

Best regards,

Amazon KDP



From: **Kindle Direct Publishing** kindlecontent-review@amazon.com
Subject: Alert from Amazon KDP for 1 Title(s)
Date: August 25, 2018 at 3:17 AM
To: drmbitetto@gmail.com

Hello,

Thanks for publishing with Amazon. We're contacting you regarding the following book(s):

ALL THINGS PLASMA POWERED by Bitetto, Dr. Marco (AUTHOR); Bitetto, Dr. Marco (AUTHOR) (ID: 30787092)

While reviewing your book(s), we found content inside that's freely available on the web.

Before we can move forward, we'll need you to take one of the following actions within five days. If no action is taken within the five days, your book(s) will be blocked and you won't be able to offer it for sale on Amazon:

- A contract from the author or publisher verifying you have retained publishing rights, or
- URLs for all the websites where this content is published AND a statement via email from the domain(s) saying you have retained publishing rights

As a reminder, since publishing books without holding the necessary publishing rights are against our policy, we may suspend or terminate accounts that try to do so.

For any questions, you can reply to this email: kindlecontent-review@amazon.com.

Best regards,

Amazon KDP

**From:** Dr. Marco Bitetto drmbitetto@gmail.com
**Subject:** Re: Alert from Amazon KDP for 1 Title(s)
**Date:** August 28, 2018 at 11:21 AM
**To:** Kindle Direct Publishing kindlecontent-review@amazon.com

Hi,

This ebook also is my original work and I hold the rights to it.
So publish it or face a law suite for breach of contract for
$5 million dollars.

Dr. Marco Bitetto
Author

On Aug 28, 2018, at 12:39 AM, Kindle Direct Publishing <kindlecontent-review@amazon.com> wrote:

Hello,

Thank you for your interest in using KDP. We haven't received a reply to our previous message regarding the following book(s):

LOGIC AND ITS APPLICATIONS TO DESIGN by Bitetto, Dr. Marco (AUTHOR); Bitetto, Dr. Marco (AUTHOR) (ID: 30799807)

Consequently, we've blocked the title(s) listed above from being sold on Amazon.

If you still wish to publish the book(s) listed above, review and address all requests outlined in our previous message by responding to us at kindlecontent-review@amazon.com.

It's important that you respond promptly to our messages and comply with our terms and conditions and Content Guidelines. Repeated submission of books that do not comply with our terms and conditions or Content Guidelines could lead to suspension or termination of your account. Alternatively, access to optional KDP services may be revoked.

If you have any questions regarding the review process, you can write to us at kindlecontent-review@amazon.com. To contact us about a different issue, please visit: https://kdp.amazon.com/self-publishing/contact-us

Best regards,

Amazon KDP

From: **Amazon.com** kindlecontent-review@amazon.com
Subject: Your Amazon.com Inquiry
Date: August 29, 2018 at 9:41 AM
To: drmbitetto@gmail.com



# amazon

Your Account | Amazon.c

## Message From Customer Servic

Hello,

For information regarding your account, please reference the message that we sent you on August 27, 2018:

"To reinstate your account, please reply to kindlecontent-review@amazon.com stating that you will refrain from submitting any new titles for which you do not have all necessary rights and will provide any requeste information regarding your future KDP submissions in a timely manner.

Please be advised that until you respond to kindlecontent-review@amazon.com regarding these issues, your account will remain suspended.

If you would like to review our Content Guidelines, please visit: https://kdp.amazon.com/self-publishing/help?topicId=A2TQZW0SV7IR1U"

To reinstate your account please follow the instructions provided in the above email.

Regards,

Amazon KDP

Best regards,
RichardM
**Amazon.com**

**From:** **Dr. Marco Bitetto** drmbitetto@gmail.com
**Subject:** Re: Your Amazon.com Inquiry
**Date:** August 26, 2018 at 7:03 PM
**To:** kindlecontent-review+A28NLIBTOHVV1U@amazon.com

The content of these ebooks is not available on the web for free.
If you continue I will bring you to court and suite you for $5 million dollars for breach of contract.
Do you understand...?

> On Aug 26, 2018, at 6:51 PM, Amazon.com <kindlecontent-review@amazon.com> wrote:
>
> Hello,
>
> Thanks for following up with us regarding the following book(s):
>
> DESERT SANDS - ID: 30794118
> COMPUTER HACKING - ID: 30793342
>
> We've reviewed the information you provided and have determined that we will not be making the book(s) available for sale on Amazon at this time because we don't accept books which include content that is available on the web for free unless we're confident that you own the sole publishing rights to the entire content of your book.
>
> Please feel free to reply to this message if you have any questions.
>
> Best regards,
>
> Amazon KDP
> http://www.amazon.com
> =============================
>
>
> ---- Original message: ----
>
> Dear Sir,
>
> Please publish the two below listed ebooks.
>
> DESERT SANDS by Dr. Marco Bitetto ID: 30794118
> COMPUTER HACKING BY Marco Bitetto ID: 30793342
>
> Thank you,
> Dr. M. Bitetto



**From:** **Amazon.com** kindlecontent-review@amazon.com
**Subject:** Your Amazon.com Inquiry
**Date:** August 29, 2018 at 8:32 AM
**To:** drmbitetto@gmail.com

Hello Dr. Marco Bitetto,

To reinstate your account, please reply to kindlecontent-review@amazon.com stating that you will refrain from submitting any new titles for which you do not have all necessary rights and will provide any requested information regarding your future KDP submissions in a timely manner.

Please be advised that until you respond to kindlecontent-review@amazon.com regarding these issues, your account will remain suspended.

If you would like to review our Content Guidelines, please visit: https://kdp.amazon.com/self-publishing/help?topicId=A2TQZW0SV7IR1U

Best regards,

Noah
http://www.amazon.com
===========================

---- Original message: ----

Hi,

This ebook also is my original work and I hold the rights to it.
So publish it or face a law suite for breach of contract for
$5 million dollars.

Dr. Marco Bitetto
Author


&gt; On Aug 28, 2018, at 12:39 AM, Kindle Direct Publishing &lt;kindlecontent-review@amazon.com&gt; wrote:
&gt;
&gt; Hello,
&gt;
&gt; Thank you for your interest in using KDP. We haven't received a reply to our previous message regarding the following book(s):
&gt;
&gt; LOGIC AND ITS APPLICATIONS TO DESIGN by Bitetto, Dr. Marco (AUTHOR); Bitetto, Dr. Marco (AUTHOR) (ID: 30799807)
&gt; Consequently, we've blocked the title(s) listed above from being sold on Amazon.
&gt;
&gt; If you still wish to publish the book(s) listed above, review and address all requests outlined in our previous message by responding to us at kindlecontent-review@amazon.com &lt;mailto:kindlecontent-review@amazon.com&gt;.
&gt;
&gt; It's important that you respond promptly to our messages and comply with our terms and conditions and Content Guidelines. Repeated submission of books that do not comply with our terms and conditions or Content Guidelines could lead to suspension or termination of your account. Alternatively, access to optional KDP services may be revoked.
&gt;
&gt; If you have any questions regarding the review process, you can write to us at kindlecontent-review@amazon.com &lt;https://www.amazon.com/gp/r.html?C=2NXN4UFTTG5Z6&K=210USVBG51FIQ&M=urn:rtn:msg:20180828043944020d8eaaa60a4b9da6f3a342a3c0p0na&R=2ZTTWS0YVEVLG&T=C&U=http%3A%2F%2Fkindlecontent-review%40amazon.com&H=RBIWN5PZIZBGJXRG6QJILQZXINGA&gt;. To contact us about a different issue, please visit: https://kdp.amazon.com/self-publishing/contact-us &lt;https://www.amazon.com/gp/f.html?C=2NXN4UFTTG5Z6&K=210USVBG51FIQ&M=urn:rtn:msg:20180828043944020d8eaaa60a4b9da6f3a342a3c0p0na&R=2ZTTWS0YVEVLG&T=C&U=https%3A%2F%2Fkdp.amazon.com%2Fself-publishing%2Fcontact-us%3Fref_%3Dpe_3052080_269936200&H=XWXYXQZJAGTYHJC1UMKSQKWQOZAA&ref_=pe_3052080_269936200&gt;
&gt; Best regards,
&gt;
&gt; Amazon KDP

From: **Amazon.com** content-review@amazon.com
Subject: Your Amazon KDP Account
Date: August 27, 2018 at 10:15 AM
To: drmbitetto@gmail.com



Hello,

We have repeatedly contacted you regarding the books you submitted for publication through your account. Since we have not received confirmation that you hold the necessary publishing rights for these books, we have temporarily suspended your account.

To reinstate your account, please reply to kindlecontent-review@amazon.com stating that you will refrain from submitting any new titles for which you do not have all necessary rights and will provide any requested information regarding your future KDP submissions in a timely manner.

Please be advised that until you respond to kindlecontent-review@amazon.com regarding these issues, your account will remain suspended.

If you would like to review our Content Guidelines, please visit: https://kdp.amazon.com/self-publishing/help?topicId=A2TOZW0SV7JR1U

Regards,

Amazon KDP

Amazon.com

Your feedback is helping us build Earth's Most Customer-Centric Company.
http://www.amazon.com/your-account

From: **Amazon.com** kindlecontent-review@amazon.com
Subject: Your Amazon KDP Account
Date: August 28, 2018 at 9:06 AM
To: drmbitetto@gmail.com



Hello,

For information regarding your account, please reference the message that we sent you on August 27, 2018:

"To reinstate your account, please reply to kindlecontent-review@amazon.com stating that you will refrain from submitting any new titles for which you do not have all necessary rights and will provide any requested information regarding your future KDP submissions in a timely manner.

Please be advised that until you respond to kindlecontent-review@amazon.com regarding these issues, your account will remain suspended.

If you would like to review our Content Guidelines, please visit: https://kdp.amazon.com/self-publishing/help?topicId=A2TOZW0SV7IR1U"

To reinstate your account please follow the instructions provided in the above email.

Regards,
Amazon KDP

Amazon.com

Your feedback is helping us build Earth's Most Customer-Centric Company.
http://www.amazon.com/your-account

--- Original message: ----

The content of these ebooks is not available on the web for free.
If you continue I will bring you to court and suite you for $5 million dollars for breach of contract.
Do you understand...?


&gt; On Aug 26, 2018, at 6:51 PM, Amazon.com &lt;kindlecontent-review@amazon.com&gt; wrote:
&gt;
&gt; Hello,
&gt;
&gt; Thanks for following up with us regarding the following book(s):
&gt;
&gt; DESERT SANDS - ID: 30794118
&gt; COMPUTER HACKING - ID: 30793342
&gt;
&gt; We've reviewed the information you provided and have determined that we will not be making the book(s) available for sale on Amazon at this time because we don't accept books which include content that is available on the web for free unless we're confident that you own the sole publishing rights to the entire content of your book.
&gt;
&gt; Please feel free to reply to this message if you have any questions.
&gt;
&gt; Best regards,
&gt;
&gt; Amazon KDP
&gt; http://www.amazon.com
&gt; ===========================
&gt;
&gt;
&gt; ---- Original message: ----
&gt;
&gt; Dear Sir,
&gt;
&gt; Please publish the two below listed ebooks.
&gt;
&gt; DESERT SANDS by Dr. Marco Bitetto ID: 30794118
&gt; COMPUTER HACKING BY Marco Bitetto ID: 30793342
&gt;
&gt; Thank you,
&gt; Dr. M. Bitetto
&gt;
&gt;