**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**DR. MARCO BITETTO,**

    **Plaintiff,**    **1:18-cv-1050**
             **(GLS/DJS)**

  **v.**

**AMAZON, INC.,**

    **Defendant.**

**APPEARANCES:**    **OF COUNSEL:**

**FOR PLAINTIFF:**
DR. MARCO BITETTO
Plaintiff
*Pro Se*
4 Fourth Avenue
Rensselaer, NY 12114

**Gary L. Sharpe**
**Senior District Judge**

## **ORDER**

  The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Daniel J. Stewart duly filed on September 27, 2018. (Dkt. No. 8.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

  No objections having been filed, and the court having reviewed the

Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 8) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that plaintiff may file an amended complaint within **thirty (30) days** of this court's Order; and it is further

**ORDERED** that any such amended complaint, which shall supersede and replace in its entirety the previous complaint filed by plaintiff, must clearly state the nature of the suit and the basis for this court's jurisdiction. The body of plaintiff's amended complaint must contain sequentially numbered paragraphs containing only one act of misconduct per paragraph and should state with specificity the legal claim for relief and the basis for damages in full compliance with Fed. R. Civ. P. 8 and 10 as to the proper form for his pleadings; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint in the time permitted, the Clerk shall enter judgment without further order of this court; and it is further

**ORDERED** that plaintiff's letter motion (Dkt. No. 4) is **DENIED** as

moot; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

October 26, 2018
Albany, New York

_Gary L. Sharpe_
Gary D. Sharpe
U.S. District Judge